

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2019

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A.**, Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
The Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Appellee filed a letter requesting that this court paginate volume one of the clerk's record so that appellee could cite the record in its brief. Because appellee has filed its brief, the request is now moot.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court